IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02793–KMT–MJW

NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,
as subrogee of Coffee Holding, Inc.,

      Plaintiff,

v.

BASSETT CONSTRUCTION CO.,
HURTIG, GARDNER, FROELICH ARCHITECTS, INC., and
LORIN KILSTOFTE,

      Defendants.

## ORDER AND ORDER OF REFERENCE

      This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) by Judge Philip A. Brimmer and was assigned to Magistrate Judge Kathleen M. Tafoya on April 6, 2009. Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) and (b), it is hereby

      **ORDERED** that Magistrate Judge Michael J. Watanabe is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. It is further

      **ORDERED** that the Order of Reference to United States Magistrate Judge, entered by Judge Philip A. Brimmer on December 30, 2008 [Docket No. 2], is **VACATED**. It is further

**ORDERED** that the Final Pretrial Conference set for June 30, 2010, will commence at **9:45 a.m.** (rather than 8:30 a.m.) in Courtroom C-201, Second Floor, Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Tafoya **five (5) business days** prior to the Final Pretrial Conference date.  All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov.  Instructions for downloading in richtext format are posted in the forms section of the website.  Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

Dated this 15th day of April, 2009.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge