**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 08-cv-02793-KMT-MJW

NATIONAL FIRE INSURANCE
COMPANY OF HARTFORD,
as subrogee of Coffee Holding, Inc.,

      Plaintiff,

v.

BASSETT CONSTRUCTION CO.,
HURTIG, GARDNER, FROELICH ARCHITECTS, INC.,
And LORIN KILSTOFTE.

      Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

THE COURT, having reviewed the STIPULATION FOR DISMISSAL WITH

PREJUDICE, and, being fully advised in the premises, hereby:

ORDERS that the above-captioned matter has been fully settled, and the Complaint of the

Plaintiff and this cause of action be dismissed with prejudice, each party to pay their own costs and

attorney fees.

SO ORDERED this 17th day of November, 2009.

**BY THE COURT:**

_____
Kathleen M. Tafoya
United States Magistrate Judge